**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,**
**WESTERN DIVISION**

R.E. COLEMAN AND ELOISE COLEMAN                     PLAINTIFFS


VS.                              CIVIL ACTION NO. 5:08cv260-DCB-JMR


ACCEPTANCE INDEMNITY INSURANCE
COMPANY AND JOHN DOES 1-5                          DEFENDANTS


<u>FINAL JUDGMENT</u>

This cause having come before the Court on defendants' Motion
for Summary Judgment and Declaratory Judgment, and the Court having
granted said motion as to plaintiff's claims, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED**
**WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 29th day of June 2009.


<u>    s/ David Bramlette    </u>
UNITED STATES DISTRICT JUDGE